[No. 57153-2-I. Division One. May 21, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRICK JENNINGS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-04397-6, Michael J. Fox, J., entered August 29, 2005. *Remanded* by unpublished opinion per Becker, J., concurred in by Grosse and Ellington, JJ.

[No. 57520-1-I. Division One. May 21, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. SON THANH PHAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-14146-6, Douglass A. North, J., entered December 19, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57568-6-I. Division One. May 21, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MICAH TIBBLES, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 05-1-00072-5, Vickie I. Churchill, J., entered December 20, 2005. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Appelwick, C.J., and Becker, J.

[No. 57646-1-I. Division One. May 21, 2007.]

*In the Matter of the Marriage of* BRUCE ARNOLD PORTER, *Respondent*, and FANNY PORTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-3-06501-5, Carol A. Schapira, J., entered December 23, 2005. *Affirmed* by unpublished per curiam opinion.